IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

ALGERNON W. TINSLEY,

      Plaintiff,

v.                                                 CIVIL ACTION NO. 3:09-0600

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.

**O R D E R**

It appears from the docket sheet that, since the filing of the complaint, plaintiff has taken no action in this case. He apparently has not responded to the Court's December 30, 2009 Order directing him to respond to defendant's discovery requests, no appearance has been made by counsel and the dates for completion of discovery and the filing of dispositive motions set forth in the Time Frame Order have passed. Accordingly, as contemplated by Rule 41(b), Fed.R.Civ.P., and the inherent power of the Court, Link v. Wabash Railroad Company, 370 U.S. 626 (1962), the pro se plaintiff and all counsel of record are hereby given notice that it will be recommended that this action be dismissed thirty (30) days after the date of entry of this Order unless good cause for its retention on the docket is shown.

The Clerk is directed to transmit a copy of this Order to the pro se plaintiff and all counsel of record.

ENTER:  March 17, 2010

MAURICE G. TAYLOR, JR.
UNITED STATES MAGISTRATE JUDGE